```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17169
    LIVIO SVALDI
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8484

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 12/27/2006 and was confirmed 03/21/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/23/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
JP MORGAN CHASE BANK NA    CURRENT MORTG          .00          .00            .00
JP MORGAN CHASE BANK NA    MORTGAGE ARRE       178.95          .00         178.95
CHASE MANHATTAN MTG CORP   NOTICE ONLY     NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE      3571.72          .00        3571.72
COUNTRYWIDE HOME LOANS I   NOTICE ONLY     NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED          .00            .00
JP MORGAN CHASE BANK       NOTICE ONLY     NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSEC W/INTER     4462.27       214.76         348.50
LAMANTIA & MAZANEK         UNSEC W/INTER      363.00        24.99          28.35
RESURRECTION MEDICAL CEN   UNSEC W/INTER   NOT FILED          .00            .00
RESURRECTION MEDICAL CEN   NOTICE ONLY     NOT FILED          .00            .00
LAMANTIA & MAZANEK         UNSEC W/INTER          .00          .00            .00
DENNIS G KNIPP             DEBTOR ATTY       2,500.00                    2,500.00
TOM VAUGHN                 TRUSTEE                                         467.73
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  7,335.00

PRIORITY                                            .00
SECURED                                        3,750.67
UNSECURED                                        376.85
    INTEREST                                     239.75
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             467.73
DEBTOR REFUND                                       .00
                         -------------       -------------
TOTALS                   7,335.00              7,335.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 17169 LIVIO SVALDI
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 17169 LIVIO SVALDI